1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

FILED

AUG 25 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-01300-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| APPROXIMATELY $106,335.00 IN THE DLA PIPER ATTORNEY-CLIENT TRUST BANK ACCOUNT, | |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 23, 2017, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $106,335.00 in the DLA Piper Attorney-Client Trust Bank Account (hereafter "defendant funds") is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), for one or more violations of 18 U.S.C. §§ 1341 and 1343;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Internal Revenue Service, Criminal Investigations Special Agent Daniel M. Norman, there is probable cause to believe that the defendant funds so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant funds.

Dated: 8·25·17

DEBORAH L. BARNES
United States Magistrate Judge