PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-01300-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $106,335.00 IN THE DLA PIPER ATTORNEY-CLIENT TRUST BANK ACCOUNT, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $106,335.00 in the DLA Piper Attorney-Client Trust Bank Account (hereafter "defendant funds") seized on or about August 22, 2017.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 23, 2017, alleging that said defendant funds are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3. On August 25, 2017, the Clerk issued a Warrant for Arrest for the defendant funds, and that warrant was executed on August 29, 2017.

4. Beginning on August 30, 2017, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on October 5, 2017.

1

5. On or about August 7, 2017, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Bart Volen agreed to forfeit all of his right, title, and interest in the defendant funds, plus any accrued interest, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

6. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against potential claimant Bart Volen, and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of Bart Volen in the Approximately $106,335.00 seized from the DLA Piper Attorney-Client Trust Bank Account, plus any accrued interest, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Potential claimant Bart Volen waived the provisions of California Civil Code § 1542.

4. All parties are to bear their own costs and attorneys' fees.

5. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

///
///
///
///
///
///

6. Based upon the allegations set forth in the Complaint filed June 23, 2017, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: November 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE